the Court of Appeal, Second Circuit, Parish of Ouachita. 228 So.2d 155.

Writ refused. On the facts found by the Court of Appeal the result is correct.

SUMMERS, J., is of the opinion the writ should be granted.

230 So.2d 587

**BUILDER'S LUMBER AND SUPPLY COMPANY**

**v.**

**JORDAN LANDS, INC.**

**No. 50280.**

Feb. 6, 1970.

In re: Jordan Lands, Inc. applying for certiorari or writ of review, to the Court

of Appeal, Third Circuit, Evangeline Parish. 228 So.2d 359.

Writ denied. The result is correct.

230 So.2d 587

**Gerene MOORE et al.**

**v.**

**SHELL OIL COMPANY et al.**

**No. 50295.**

Feb. 6, 1970.

In re: Gerene Moore and Norman W. Reisig, Jr. applying for certiorari or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 228 So.2d 205.

Writ refused. The result is correct.